◼ JOHN T. BUCKLEY et al., Individually and on Behalf of all Present and Future Judges of the County Court of Oneida County, Appellants, v MATTHEW T. CROSSON, as Chief Administrator of Courts of State of New York and as Representative of Administrative Board of Judicial Conference of State of New York, et al., Respondents. [705 NYS2d 314] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Reargument.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.

◼ LAMAR ADVERTISING OF PENN, INC., Doing Business as LAMAR ADVERTISING OF BUFFALO, Respondent, v RAY L. WHITMAN et al., Appellants. [705 NYS2d 312] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Injunction.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.